IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert King,
  *individually and on behalf of those*
  *similarly situated,*

        Plaintiff,

  -vs-

State Farm Fire and Casualty Company, et al.,

        Defendants.

Case No. 3:23 CV 2403

O R D E R

JUDGE JACK ZOUHARY

    Counsel represent that this case has resolved. Therefore, the docket is marked: "Settled and dismissed without prejudice. Each party is to bear its own costs."

    Further, any subsequent Dismissal with prejudice, or setting forth specific settlement terms and conditions, filed within thirty (30) days, shall supersede this Order. This Court also retains jurisdiction to enforce the terms of the settlement.

    IT IS SO ORDERED.

                                           s/ *Jack Zouhary*
                                           JACK ZOUHARY
                                           U. S. DISTRICT JUDGE

                                           April 23, 2024